

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MARIO ERNESTO MARTELL, | § | No. 08-18-000180-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 990D03958) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 4, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Maya I. Quevedo Stevenson, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 4, 2019.

IT IS SO ORDERED this 6th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.